```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
             -v-                        :      22cr175 DLC)
                                        :
ERIK MARTINEZ,                          :      ORDER
                                        :
                        Defendant.      :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a conference in this matter is scheduled for **November 16, 2022 at 4:00 PM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         November 10, 2022

                               _____
                                       DENISE COTE
                               United States District Judge