```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
              -v-                        :      22cr175 DLC)
                                         :
ERIK MARTINEZ,                           :         ORDER
                                         :
                        Defendant.       :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

    IT IS FURTHER ORDERED that sentencing is scheduled for January 20, 2023 at 11:00 AM in Courtroom 18B, 500 Pearl Street. Defense submissions are due January 6, and Government submissions are due January 13.

    SO ORDERED:

Dated:    New York, New York
           November 16, 2022

                                          DENISE COTE
                                 United States District Judge