```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :
                                         :
             -v-                         :    22cr175 (DLC)
                                         :
ERIK MARTINEZ,                           :       ORDER
                                         :
                     Defendant.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that sentencing is this matter is moved to 4:00 PM on January 20, 2023.

SO ORDERED:

Dated:   New York, New York
         January 20, 2023

_____
DENISE COTE
United States District Judge